NEW YORK CENTRAL RAILROAD COMPANY, Plaintiff, v. RUDOLPH WURLITZER MANUFACTURING COMPANY, Defendant.— Submitted controversy determined in favor of the plaintiff and judgment ordered in favor of plaintiff and against the

---

* Amd. by Laws of 1926, chap. 464.— [REP.

† See 246 N. Y. 258.— [REP.

defendant for the sum of $652.32, without costs, on the ground that the deliveries to defendant's plant in the city of North Tonawanda were deliveries to " Wurlitzer," New York, for which the tariffs fixed a definite rate which was applicable to such shipments. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.